# Court of Appeals of the State of Georgia

ATLANTA, March 28, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0272. JASPER VANCE v. STATE OF GEORGIA.**

Jasper Vance seeks review of the superior court's order denying his petition for release from the registration requirements of the State Sexual Offender Registry under OCGA § 42-1-19. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, the trial court entered its order on January 29, 2024, and Vance filed his application on March 6, which was 37 days later. His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/28/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.